IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REBECCA D. ZELL**  **PLAINTIFF**

v.   Case No. 4:24-CV-00474-LPR

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 10). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.

DATED this 10th day of June 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has made technical edits with respect to the disposition of the case.