# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**REBECCA D. ZELL**                                                                              **PLAINTIFF**

**v.**                                        **Case No. 4:24-CV-00474-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                                    **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 10th day of June 2025.

                                                                                    _____
                                                                                     LEE P. RUDOFSKY
                                                                                     UNITED STATES DISTRICT JUDGE